IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| REGINALD O. ROBINSON, #1673891 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:16cv1040 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

Plaintiff Reginald Robinson, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights in the Texas Department of Criminal Justice, Correctional Institutions Division. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

The Magistrate Judge issued a Report, (Dkt. #12), recommending that Robinson's complaint be dismissed with prejudice. Robinson subsequently filed a response, (Dkt. #14), stating that he "would like to withdraw this suit."

The Court has reviewed the pleadings and the Report of the Magistrate Judge and has determined that this Report is correct. Nonetheless, Robinson's request for voluntary dismissal should be granted. *See Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) (plaintiff has absolute right to dismiss his complaint under Rule 41(a), Fed. R. Civ. P., prior to the filing of an answer or motion for summary judgment); *see also Thomas v. Phillips*, 83 F.App'x 661, 2003 WL 22965565 (5th Cir. Dec. 17, 2003) (citing *Carter*). Accordingly, it is

1

**ORDERED** that Robinson's request to withdraw his entire lawsuit, (Dkt. #14), is **GRANTED**. Further, it is

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** on the motion of the Plaintiff. Finally, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

**So Ordered and Signed**
**Apr 13, 2018**

_____
Ron Clark, United States District Judge